**Sally J.M. Butler**
**Attorney at Law**
**42-40 Bell Boulevard, Suite 302**
**Bayside, New York 11361**

**Office(718) 279-4500     Email SallyButlerEsq@yahoo.com    Facsimile (718) 281-0850**

January 13, 2018

Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

                         RE:  ***United States v. Garcia-Ruiz***
                                  **14 CR 48 (BMC)**

Dear Judge Cogan:

     I represent Mr. Garcia-Ruiz who is scheduled to appear for a status conference on January 17, 2018.  It is respectfully requested that the matter be adjourned to February 15, 2018 as the parties continue to negotiate a resolution of the matter.

     I have discussed the proposed adjournment with the government and they have no objection.  I have discussed the matter with my client and he consents to the waiver of speedy trial.

     Thank you for your consideration in this matter.

                                                      Respectfully submitted,

                                                      Sally Butler

cc:  Marcia Henry, AUSA
       Margaret Lee, AUSA